```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 07 B 00532
   VIVIAN L JOHNSON
   ALVIN L JOHNSON                                CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

           Debtor
   SSN XXX-XX-4778    SSN XXX-XX-4886


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/11/2007 and was confirmed 03/28/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 06/04/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
-------------------------------------------------------------------------------
APEX MORTGAGE CORP        CURRENT MORTG   21350.38            .00      21350.38
APEX MORTGAGE CORP        MORTGAGE ARRE   35150.79            .00       6868.28
GOMBERG SHARFMAN GOLD OS  NOTICE ONLY    NOT FILED            .00            .00
STERN & STERCHO LAW OFFI  NOTICE ONLY    NOT FILED            .00            .00
FORD MOTOR CREDIT         SECURED              .00            .00            .00
FORD MOTOR CREDIT         UNSEC W/INTER    8031.87            .00            .00
FORD MOTOR CREDIT COMPAN  NOTICE ONLY    NOT FILED            .00            .00
FORD MOTOR CREDIT COMPAN  NOTICE ONLY    NOT FILED            .00            .00
FORD MOTOR CREDIT COMPAN  NOTICE ONLY    NOT FILED            .00            .00
SHERMAN & SHERMAN         NOTICE ONLY    NOT FILED            .00            .00
SHERMAN & SHERMAN         NOTICE ONLY    NOT FILED            .00            .00
SHERMAN & SHERMAN         NOTICE ONLY    NOT FILED            .00            .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG    9630.71            .00       9630.71
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE   11605.49            .00       2267.65
ADT SECURITY SYSTEMS      UNSEC W/INTER  NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSEC W/INTER     196.63            .00            .00
BALLYS TOTAL FITNESS      UNSEC W/INTER  NOT FILED            .00            .00
CHANDRA DIAGNOSTIC CARDI  UNSEC W/INTER  NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSEC W/INTER     633.75            .00            .00
CITY OF HARVEY            UNSEC W/INTER  NOT FILED            .00            .00
FASHION BUG               UNSEC W/INTER  NOT FILED            .00            .00
WELTMAN WEINBERG & REIS   NOTICE ONLY    NOT FILED            .00            .00
ILLINOIS DEPT OF EMPLOYM  NOTICE ONLY    NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    1264.75            .00            .00
ECAST SETTLEMENT CORP     NOTICE ONLY    NOT FILED            .00            .00
MIDWEST BANK & TRUST COM  UNSEC W/INTER  NOT FILED            .00            .00
MIDWEST EMERGENCY ASSOCI  UNSEC W/INTER  NOT FILED            .00            .00
RMI MCSI                  UNSEC W/INTER    3505.20            .00            .00
WELL GROUP HEALTH PARTNE  UNSEC W/INTER  NOT FILED            .00            .00
CAPITAL ONE               UNSEC W/INTER     362.90            .00            .00
COMMONWEALTH EDISON       UNSEC W/INTER    2450.05            .00            .00
FORD MOTOR CREDIT         UNSEC W/INTER        .00            .00            .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00532 VIVIAN L JOHNSON & ALVIN L JOHNSON
```

```
TIMOTHY K LIOU         DEBTOR ATTY        .00                          .00
TOM VAUGHN             TRUSTEE                                    2,902.98
DEBTOR REFUND          REFUND                                          .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                 43,020.00

PRIORITY                                              .00
SECURED                                         40,117.02
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             2,902.98
DEBTOR REFUND                                         .00
                        ---------------    ---------------
TOTALS                  43,020.00               43,020.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 09/24/08        _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE